UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:26-cv-00119-AH (DSR)                    Date: March 25, 2026

Title    MYKOLA HOLOVLOV V. WARDEN, et al.

Present:  The Honorable:  Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**      (IN CHAMBERS) **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DIMSISSED AS MOOT**

Petitioner initiated this case on January 12, 2026, by filing a Petition for Writ of Habeas Corpus, in which he alleges that Respondents are unlawfully holding him in immigration detention in violation of his constitutional and statutory rights.  See generally Doc. No. 1.  On January 16, 2026, the Court ordered Respondents to file a Response to the Petition within 45 days of the date of that Order.  See Doc. No. 3.  On March 3, 2026, Respondents timely filed their Response, in which they assert that "According to ICE records, Petitioner has been removed from the United States. See Exhibit 1 hereto. Accordingly, the Petition is moot."  See Doc. No. 7. The "Exhibit 1" Respondents refer to is a February 18, 2026, Order of the Immigration Judge indicating that a scheduled bond hearing did not go forward because Petitioner was "removed prior to hearing."

Within fourteen days of the date of this Order, Petitioner may file a response to Respondent's suggestion that the Petition is moot because Petitioner has been removed. FAILURE TO FILE A RESPONSE MAY RESULT IN A RECOMMENDATION THAT THIS CASE BE DISMISSED.
**IT IS SO ORDERED.**

|   | : |
|---|---|
| **Initials of Preparer** | LK |