**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MYKOLA HOLOVLOV,

Petitioner,

v.

WARDEN, et al.,

Respondents.

No. 5:26-cv-0119-AH-DSR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Respondents' Response, the Report and Recommendation of the United States Magistrate Judge, and the Court's file and record in this case. No objections to the Report and Recommendation have been timely filed. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED as moot.

DATED: August 25, 2026

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE