JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MYKOLA HOLOVLOV,

Petitioner,

v.

WARDEN, et al.,

Respondents.

No. 5:26-cv-0119-AH-DSR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED as moot. The Order constitutes final disposition of the Petition by the Court.

DATED: August 25, 2026

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE